# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **DOCKET NO.: 6:18CR00492-1 MC** |
| vs. | **ORDER ON 12B PETITION TO MODIFY CONDITIONS OR TERM OF SUPERVISION** |
| **John Widener Jordan** | |

Based on the *Petition for Modification of Conditions or Term of Supervision* filed on December 29, 2020, regarding the above-name defendant, **IT IS HEREBY ORDERED that,**

☐ No Action

☒ **You must participate in a substance abuse treatment or alcohol abuse treatment program, which may include inpatient treatment, and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The program may include urinalysis testing to determine if you have used drugs or alcohol. You must not attempt to obstruct or tamper with the testing methods.**

☐ Submit a Request for Warrant or Summons.

☐ Court orders the defendant to appear for a status hearing schedule for

**DATED** this ___31st___ day of December, 2020,

                                                          s/Michael J. McShane
                                                         Michael J. McShane
                                                         U.S. District Judge